IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN LEE SELDEN, : | |
| Petitioner, : | |
| v. : | Civil Action No. 14-1053-RGA |
| UNKNOWN RESPONDENT, : | |
| Respondent. : | |

### MEMORANDUM

Petitioner Selden has filed a document titled "Motion for Court to Serve Supbpoena," which appears to be a request for habeas relief. (D.I. 1) Selden is a prisoner at Tomoka Correctional Institution, and although the Petition is mostly incomprehensible, supporting documents demonstrate that Selden is challenging his conviction and sentence entered by the Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County, Florida. (D.I. 6 at 24) This case is Selden's second request for habeas relief in this Court. The Court dismissed his first habeas petition for lack of jurisdiction, because the courts with jurisdiction over the Petition are in Florida. *See Selden v. Unknown Respondent*, Civ. A. No. 13-2004-RGA, Mem. and Order (D. Del. Mar. 25, 2014). The Court will again dismiss the instant Petition for lack of jurisdiction without issuing a certificate of appealability. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35, 442 (2004); *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 494-95 (1973); 28 U.S.C. § 2253(c)(2). A separate Order follows.

Sept. 30, 2014
DATE

UNITED STATES DISTRICT JUDGE